**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000579
01-FEB-2024
08:09 AM
Dkt. 44 OAWST**

NO. CAAP-23-0000579

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

THE BANK OF NEW YORK MELLON, fka THE BANK OF NEW YORK,
AS TRUSTEE FOR REGISTERED HOLDERS OR CWABS, INC.,
ASSET-BACKED CERTIFICATES, SERIES 2006-3,
Plaintiff-Appellee, v.
TRACY M. LEWIS; BRENDAN L. LEWIS; and HAUULA PROPERTIES II, LLC,
Defendants-Appellants, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0000575)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed January 29, 2024, by Defendants-Appellants Tracy M. Lewis and Brendon M. Lewis (together, the Lewises), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) on January 26, 2024, the court approved the parties' stipulation to dismiss Defendant-Appellant Hauula Properties II, LLC's appeal; (3) the remaining parties stipulate to dismiss the Lewises' appeal, under Hawai'i Rules of Appellate Procedure Rule 42(b), and each party shall bear their own attorneys' fees and costs on appeal; and (4) the stipulation is

dated and signed by counsel for all parties remaining in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal, filed January 29, 2024, is approved and the Lewises' appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, February 1, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge